UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

RICKY TEJADA,                              :
             Plaintiff,                :    No. 5:16-cv-2433
                                           :
    v.                                       :
                                           :
ROBERT MCFADDEN et al.,                    :
             Defendants.               :
_____

## O R D E R

**AND NOW**, this 14th day of June, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Application for Leave to Proceed In Forma Pauperis, ECF No. 3, is **GRANTED** and the Clerk of Court shall file the Notice of Removal without prepayment of fees;

2. The Motion for Joinder, which is attached to Plaintiff's Application for Leave to Proceed In Forma Pauperis, is **DENIED**;

3. The Notice of Removal, ECF No. 1, is **DISMISSED** because this Court lacks jurisdiction;

4. The matter is **REMANDED** to the Lehigh County Court of Common Pleas; and

5. This case is **CLOSED**.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Court